UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ANNA FU

                                 Plaintiff,

    - against -

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.,

                                 Defendant.
---------------------------------------------------------------x

16-CV-4017 (RA)(HBP)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that on the accompanying declarations of Richard A. Levin, Michael Forte, and Martin Paszek, and exhibits; Memorandum of Law; Local Civil Rule 56.1 Statement; and Notice to *Pro Se* Litigant and attachments, Defendant Consolidated Edison Company of New York, Inc. ("Defendant") will move this Court, before the Honorable Ronnie Abrams, United States District Judge, at the United States Court House, 40 Centre Street, New York, New York, Courtroom 1506, on June 11, 2019, at 10:00 a.m., or at such other date as may be set by the Court, for an Order, pursuant to Fed. R. Civ. P. 56, granting summary judgment to Defendant, dismissing the action in its entirety with prejudice, and awarding Defendant such other and further relief as the Court deems just and proper.

Dated: April 30, 2019
       New York, New York

                               CHRISTOPHER D'ANGELO
                               Attorney for Defendant Consolidated Edison
                                  Company of New York, Inc.
                               Of Counsel:

                               By: /s/ Richard A. Levin
                                   Richard A. Levin
                                   Levinr@coned.com
                                   212-460-4089
                                   4 Irving Place, Rm. 14-500
                                   New York, New York 10003

2

TO:   Anna Fu, *Pro Se*
       161 Wilton Street
       New Hyde Park, NY 11040 (Via ECF)