UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNA FU,

        Plaintiff,

vs.

CONSOLIDATED EDISON COMPANY

        Defendant.



Case No.: 1:16-cv-04017 (RA) (HBP)

### PLAINTIFF'S RULE 56.1 STATEMENT OF MATERIA FACTS

1. My performance reviews have always met or exceeded expectation until I had a team leader Edwin Thompson in May 2013.

2. Prior to transfer to Martin Paszek's section from Long Range Planning (12/2015 – 4/2012), I received good performance reviews signed by Matthew Koenig and signed by Michael Forte.  Fu Affid P3 Exhibit A

3. Con Edison removed my 2011 Performance Review (1/2011 – 12/2011) from the system. A copy of my major accomplishments for 2011 was attached.  Exhibit A

4. I was forced to correct Edwin Thompson's mistakes and faulty work.  In essence I did his work beginning October 2013 till I was terminated on 5/19/2015.

5. Martin Paszek assigned four PIN assignments not three PIN assignments.

6. Under a Normal Human Resource Termination Process, the employees were given six months to improve in deficient areas.  I was terminated on 5/19/2015.  In my case, I was given less than four months to perform three required PIN assignments and an additional PIN assignment in a new area.  Fu Affid P18

7. I was terminated on 5/19/2019 while I was on approved short-term disability under FMLA. Fu Affid P17 Exhibit I

8. Con Ed turned down my appeal case claiming that personal issues are irrelevant to the termination.

9. This legal action is about discrimination & retaliation & short-term disability and not about personal issues.

Dated: May 13, 2019

_____
Anna Fu
Plaintiff Pro Se