**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANNA FU,

                     Plaintiff,                  16 **CIVIL** 4017 (RA)

          -against-                           **JUDGMENT**

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.,
                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 25, 2020, Defendant's motion for summary judgment is granted; accordingly, this case is closed.

**Dated:** New York, New York
           March 26, 2020

                                                            **RUBY J. KRAJICK**
                                                    _____
                                                          **Clerk of Court**
                       **BY:**
                                           _____
                                                          **Deputy Clerk**